UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kem Peters,<br><br>                    Plaintiff<br><br>    v.<br><br>Steven Altig, et al.,<br><br>                    Defendants | Case No.: 2:22-cv-00656-CDS-NJK<br><br>**Order Adopting Magistrate Judge's<br>Report and Recommendation**<br><br>[ECF No. 5] |

  The Honorable United States Magistrate Judge Cam Ferenbach issued a screening order advising plaintiff Kem Peters that he needed to file an amended complaint curing the deficiencies identified in his initial pleading by July 18, 2022. ECF No. 4. Plaintiff was advised that failure to comply with the order would result in a recommendation that this case be dismissed. *Id.* On October 6, 2022, after finding that no amended complaint had been filed, Judge Ferenbach entered a Report and Recommendation (R&R) recommending that I dismiss this action without prejudice. ECF No. 5. The deadline by which any written objections to the R&R must have been filed was October 20, 2022. *Id.*; LR IB 3-2. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); see also *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). To date, no objections have been filed. I therefore adopt the R&R in its entirety and direct the Clerk of Court to close this case.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **(ECF No. 5) is ADOPTED in its entirety**. The plaintiff's complaint is dismissed without prejudice. The Clerk of the Court is directed to enter judgment and CLOSE THIS CASE.

IT IS SO ORDERED.

DATED: November 1, 2022

_____
Cristina D. Silva
United States District Judge